UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

CHRISTINE A. NEWMAN-WATERS, :
:
    *Plaintiff*, :
v. : No. 1:04-cv-132
: *Edgar*
BLUE CROSS/BLUE SHIELD OF :
TENNESSEE, INC., and BLUE CROSS :
AND BLUE SHIELD ASSOCIATION, :
:
    *Defendants*. :

**O R D E R**

In accordance with the accompanying memorandum opinion:

(1) The Association's motion to strike Newman-Waters' affidavit and the two (2) accompanying audio CDs [Doc. No. 31] is **DENIED**;

(2) That aspect of the Association's motion to affirm the administrator's decision and for a summary judgment [Doc. No. 23] which seeks a summary judgment on Newman-Waters' claim of negligence is **GRANTED**;

(3) That aspect of the Association's motion to affirm the administrator's decision and for a summary judgment [Doc. No. 23] which seeks a summary judgment on Newman-Waters' claim for benefits under the LTD Program is **DENIED**;

(4) Newman-Waters' claim for benefits under the LTD Program is hereby **REMANDED** to the Association and the Association is further **ORDERED** to provide Newman-Waters' with the appropriate forms for LTD benefits to be completed by her or her physician(s) and will proceed to consider/review/adjudicate Newman-Waters' claim for benefits under the LTD Program as if her claim had been filed in January of 2003;

(5) That aspect of the Association's motion to affirm the administrator's decision and for a summary judgment [Doc. No. 22] which seeks a

judgment on the administrative record affirming the denial of Newman-Waters' claim for STD benefits as of September 25, 2002 is **DENIED**; and

(6)  Newman-Waters' for a judgment on the administrative record [Doc. No. 22] is **GRANTED**.

Further, the termination of plaintiff's claims for ERISA short term disability benefits as of September 25, 2002 is **REVERSED** and the plaintiff is hereby **AWARDED** short term disability benefits under the ERISA plan retroactive to that date.

SO ORDERED.

ENTER this *27th day of May, 2005*.

>    */s/ R. Allan Edgar*
>    R. ALLAN EDGAR
>    CHIEF UNITED STATES DISTRICT JUDGE

2